**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

JESSICA KARIM, on behalf of herself and
all others similarly situated,

        Plaintiff,

   -against-

BARNIE'S II, INC.

     Defendants.

_____x

Civil Action No.

1:24-cv-131

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, Barnie's II, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: April 22, 2024

By: _Gabriel Levy_____

Gabriel A. Levy, Esq.
_Attorney for Plaintiff_
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Martin S. Krezalek, Esq.
_Attorneys for Defendant_
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
T : (212) 885-5000
Mkrezalek@blankrome.com

The Clerk of Court is directed to close the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 26, 2024